UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Richard Joseph Lagorio

    v.                                                Case No. 25-cv-60-LM-AJ

US Social Security Administration,
Acting Commissioner

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 12, 2025. For the reasons explained therein, I deny Lagorio's motion to reverse (doc. no. 7) and grant the Commissioner's motion to affirm (doc. no. 9).

The clerk is directed to enter judgment accordingly and close this case.

_____
Landya B. McCafferty
United States District Judge

Date: February 2, 2026

cc:   Counsel of Record